# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICHARD B. ELKINS,**

      **Plaintiff,**        Case No. 2:15-cv-402
                                        JUDGE GREGORY L. FROST
      v.                         Magistrate Judge Elizabeth P. Deavers

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER

      This matter is before the Court for consideration of the September 2, 2015 Joint Motion for Remand.  (ECF No. 17.)  The Court **GRANTS** the motion and **ORDERS** that this case is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings, develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and then issue a new decision.  The Clerk shall enter judgment accordingly and terminate this action on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

      **IT IS SO ORDERED.**

                                                                       /s/ Gregory L. Frost
                                                                   GREGORY L. FROST
                                                                   UNITED STATES DISTRICT JUDGE