# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICHARD B. ELKINS,**

      **Plaintiff,**                            **Case No. 2:15-cv-402**
                                             **JUDGE GREGORY L. FROST**
      **v.**                                    **Magistrate Judge Elizabeth P. Deavers**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER

On October 26, 2015, the parties filed a joint stipulation for an award of attorney's fees under the Equal Access to Justice Act. (ECF No. 20.) This Court accepts the joint stipulation and awards Plaintiff attorney's fees and expenses in the amount of $4,500.00. The parties shall coordinate the payment of the award as set forth in the joint stipulation.

      **IT IS SO ORDERED.**

                                                      /s/ Gregory L. Frost
                                                      GREGORY L. FROST
                                                      UNITED STATES DISTRICT JUDGE